UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS



MOTION FOR LIEN AVOIDANCE

CASE NO. 18-40702-lkg                                         Judge: Laura K. Grandy
Larry F. Uselton
    Debtor(s)

   Now comes Larry F. Uselton, debtor in above case, asking the court for lien avoidance on the following
claim.. (Property is exempt in my bankruptcy).


Lori J Mitchell (civil law suit) VS Larry F Uselton
Gallatin County Circuit Court ($450,000.00)
500 N Lincoln Blvd
Shawneetown, IL 62984


                                                                    LK
                                                               10/03/18
                                                               ~~10/02/2018~~

                                                           Larry F Uselton