UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS



MOTION FOR LIEN AVOIDANCE

CASE NO. 18-40702-lkg  
Larry F. Uselton  
   Debtor(s)

Judge: Laura K. Grandy

Now comes Larry F. Uselton, debtor in above case, asking the court for lien avoidance on the following
claim.. Property is exempt in my bankruptcy.

Wells Fargo Bank NA  
Total claim:$8456.00  
205 Madison Street  
San Francisco, CA

10-03-18  
~~10/02/2018~~

Larry F Uselton