# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Larry Francis Uselton

In Proceedings
Under Chapter 7

BK 18−40702−lkg

Debtor(s)

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−0708

## ORDER

**IT IS ORDERED** that the Debtor's Motion to Convert is **GRANTED**.

ENTERED: October 23, 2018

/s/ Laura K. Grandy
UNITED STATES BANKRUPTCY JUDGE