# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0754–4 | User: jf | Date Created: 10/23/2018 |
| Case: 18–40702–lkg | Form ID: 329 | Total: 4 |

**Recipients of Notice of Electronic Filing:**
ust    United States Trustee    USTPRegion10.es.ecf@usdoj.gov
tr     Dana S Frazier          frazierlaw@frontier.com

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Larry Francis Uselton    245 W Meadowbrook Drive    Shawneetown, IL 62984
tr    Russell C Simon    Chapter 13 Trustee    24 Bronze Pointe    Swansea, IL 62226

TOTAL: 2