# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | In Proceedings Under Chapter 7 |
| Larry Francis Uselton | BK 18–40702–lkg |
| Debtor(s) | |

SSN/Individual Taxpayer ID Number (ITIN):

xxx–xx–0708

## ORDER

**IT IS ORDERED** that the Debtor's Motion to Convert is **GRANTED**.

ENTERED: October 23, 2018        /s/ Laura K. Grandy
                                 UNITED STATES BANKRUPTCY JUDGE

```
                            United States Bankruptcy Court
                             Southern District of Illinois
```

In re:                                                         Case No. 18-40702-lkg
Larry Francis Uselton                                          Chapter 7
     Debtor
## CERTIFICATE OF NOTICE

```
District/off: 0754-4          User: jf                 Page 1 of 1            Date Rcvd: Oct 23, 2018
                              Form ID: 329             Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2018.
db             +Larry Francis Uselton,    245 W Meadowbrook Drive,    Shawneetown, IL 62984-3002
tr             +Russell C Simon,    Chapter 13 Trustee,    24 Bronze Pointe,    Swansea, IL 62226-1099

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2018                          Signature:   /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2018 at the address(es) listed below:
              Dana S Frazier    frazierlaw@frontier.com, il69@ecfcbis.com
              Russell C Simon    simontrustee@yahoo.com, pacer@simonch13trustee.com
              United States Trustee   USTPRegion10.es.ecf@usdoj.gov
                                                                                             TOTAL: 3