**FILED**

OCT 31 2018

CLERK U S BANKRUPTCY COURT
SOUTHERN DISTRICT, ILLINOIS

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

Larry F Uselton  
    Debtor(s)  
Case No. 18-40702

Chapter: 7  
Date 10/31/2018

---

## NOTICE OF MOTION FOR LIEN AVOIDANCE BEING FILED

RE: Wells Fargo NA Bank  
PO Box 17900  
Denver, CO 80217-0900

HERE COMES FORTH, LARRY F. USELTON, PRO SE, DEBTOR IN ABOVE MENTIONED CASE. NOTICE IS HEREBY GIVEN TO YOU THAT A MOTION WAS FILED ON 10/31/2018 FOR LIEN AVOIDANCE.

YOU, WELLS FARGO NA, OR YOUR ATTORNEY, HAVE A PERIOD OF 21 DAYS AFTER RECEIVING THIS NOTICE, TO FILE AN OBJECTION TO THE COURT ON THIS MATTER.

10/31/2018  
*[signature]*  
LARRY F USELTON

THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

LARRY F USELTON                              CHAPTER 7
   (DEBTOR)                                  DATE  10/31/2018
CASE NO. 18-40702

---

## CERTIFICATE OF SERVICE

RE:  Wells Fargo NA Bank
     PO Box 17900
     Denver, CO  80217-0900


HERE COMES LARRY USELTON TO CERTIFY THAT NOTICE FOR LIEN AVOIDANCE WAS MAILED ON 10/31/2018 AND PUT IN A US MAIL RECEPTACLE AT 300 N LINCOLN BLVD/ SHAWNEETOWN, IL WITH PROPER POSTAGE AFFIXED.


10/31/2018
*[signature]*
LARRY USELTON