**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

IN RE:

| | |
|---|---|
| LARRY FRANCIS USELTON<br>DBA USELTON FURNITURE | Case No.  18-40702<br>Chapter 7 |
| DEBTOR(S), | Judge Laura K. Grandy |

**NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY,**
**PROVISION DIRECTING RESPONSE THERETO, AND SETTING**
**HEARING ON OBJECTIONS, IF ANY**

**TO:** Dana S. Frazier, Interim Trustee, PO Box 159, Murphysboro, IL 62966 by electronic notice through ECF
Larry Francis Uselton, Pro Se Debtor, 245 W Meadowbrook Drive, Shawneetown, IL 62984
Office of U.S. Trustee, Becker Building, Room 1100, 401 Main, Peoria, IL 61602 by electronic notice through ECF

The above-captioned persons shall take notice that a motion or other request to lift the automatic stay in the above-captioned bankruptcy has been electronically transmitted on November 5, 2018, to the U.S. Bankruptcy Court for the Southern District of Illinois.  A copy is attached hereto.

Any objection to the attached motion must be filed with the Court on or before the 11/20/2018, with a copy forwarded to moving counsel, **Codilis & Associates, P.C., 15W030 North Frontage Road, Suite 100, Burr Ridge, IL 60527.**

If no objections to the relief sought are timely filed, the Court will enter an Order granting the motion.

In the event an objection is filed, a preliminary hearing on the motion will be held before the Court at 9:00AM on 11/28/18, at 301 West Main Street, Benton, Illinois 62812.

                **/s/ Jose Moreno**
                **Attorney for Creditor**

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Laura A. Hrisko ARDC#6230993
MaryAnn G. Black #59899MO
CODILIS & ASSOCIATES, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE NO. (14-18-12094)**
NOTE: This law firm is a debt collector.