# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE    LARRY FRANCIS USELTON | ) | |
| Debtor | ) | BK –18-40702 |
| | ) | Chapter 7 |
| | | |
| EVANSVILLE TEACHERS FEDERAL CREDIT UNION | ) | |
| Movant | ) | |
| vs | ) | |
| LARRY FRANCIS USELTON and DANA S FRAZIER | ) | |
| Respondents | ) | |

### NOTICE OF MOTION FOR RELIEF FROM STAY AND FOR ABANDONMENT, PROVISION DIRECTING RESPONSE THERETO, AND SETTING HEARING ON OBJECTIONS, IF ANY

The above captioned persons shall take notice a Motion or other request to lift the automatic stay in the above captioned bankruptcy has been filed with the U.S. Bankruptcy Court for the Southern District of Illinois, 301 West Main Street, Benton, Illinois 62812-1362.

Any objections to the attached Motion must be filed with the Court on or before the **26TH day of November, 2018** with a copy forwarded to Evansville Teachers Federal Credit Union, c/o Patrick J. Hewson, P.O. Box 1060, Carbondale, IL  62903.

If no objections to the relief sought are timely filed, the Court will enter an order granting the motion.

In the event an objection is filed, a preliminary hearing on the motion will be held at **9:00 a.m. on the 5TH day of December, 2018**, before the United States Bankruptcy Court for the Southern District of Illinois, 301 West Main Street, Benton, Illinois 62812-1362.  If a party fails to appear in person or by counsel, the Court may proceed with the scheduled hearing and may enter an appropriate order or judgment, including dismissal of the pending motion.

*/s/ Patrick J. Hewson*

**Gilbert, Huffman, Prosser, Hewson & Barke, Ltd.**
Attorneys at Law
102 S. Orchard Drive
P.O. Box 1060
Carbondale, IL  62903-1060
TEL (618) 457-3547
FAX (618) 457-8017
phewson@southernillinoislaw.com

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE    LARRY FRANCIS USELTON            ) | |
|        Debtor                                                        ) | BK –18-40702 |
|                                                                              ) | Chapter 7 |
| | |
| EVANSVILLE TEACHERS FEDERAL CREDIT UNION        ) | |
|        Movant                                                       ) | |
|        vs                                                                 ) | |
| LARRY FRANCIS USELTON and DANA S FRAZIER       ) | |
|        Respondents                                               ) | |

## EVANSVILLE TEACHERS FEDERAL CREDIT UNION CERTIFICATE OF SERVICE OF NOTICE OF MOTION FOR RELIEF FROM STAY AND FOR ABANDONMENT, PROVISION DIRECTING RESPONSE THERETO AND SETTING HEARING ON OBJECTIONS, IF ANY

      The undersigned certifies that copies of the Notice of Motion for Relief From Automatic Stay and For Abandonment, Directing Response Thereto, and Setting Hearing on Objections, If Any, were served upon the following parties via electronic means for those available and otherwise by postage prepaid, in the U.S. Mail in Carbondale, Illinois this 9TH day of November, 2018:

| | |
|---|---|
| **United States Trustee** | **Dana S Frazier, Case Trustee** |
| USTPRegion10.es.ecf@usdoj.gov | frazierlaw@frontier.com |
| | |
| **Larry Francis Uselton,** Debtor | **All Creditors on Creditor Matrix** |
| 245 W Meadowbrook Dr | |
| Shawneetown, IL  62984 | |

                                     Respectfully Submitted:  EVANSVILLE
                                       TEACHERS FEDERAL CREDIT UNION

                    BY:   /s/ *Patrick J. Hewson*
                            PATRICK J. HEWSON, 06193175

**Gilbert, Huffman, Prosser, Hewson & Barke, Ltd.**
Attorneys at Law
102 S. Orchard Drive
P.O. Box 1060
Carbondale, IL  62903-1060
TEL (618) 457-3547
FAX (618) 457-8017
attorneys@southernillinoislaw.com