**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

IN RE

| | |
|---|---|
| LARRY FRANCIS USELTON, | Chapter 7 |
| Debtor. | Bk No. 18-40702 |

**ORDER**

  This matter is before the Court on a motion for relief from stay and for abandonment filed by EVANSVILLE TEACHERS FEDERAL CREDIT UNION with respect to a 2014 Ford Taurus automobile, VIN: xxxxxxxxxx165053 ("collateral").  No objections having been filed, IT IS ORDERED that the motion is GRANTED.  The automatic stay is hereby lifted to allow Evansville Teachers Federal Credit Union to exercise its rights under state law with respect to the collateral.  IT IS FURTHER ORDERED that the collateral is abandoned from the bankruptcy estate.

  The provision in Bankruptcy Rule 4001 (a) (3) staying for fourteen days an order granting a motion for relief from stay is hereby waived.

  Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: November 27, 2018

               /s/ Laura K. Grandy
               UNITED STATES BANKRUPTCY JUDGE