IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLIOIS

IN RE:                                )
                                      )
LARRY FRANCIS USELTON,                )         Chapter 7
                                      )         Case No.  18-40702
        Debtor.                       )

## **ORDER**

THIS MATTER came before the Court for hearing on January 16, 2019 on the Trustee's Objection to Debtor's Application to Waive the Filing Fee, the Trustee's Objection to Debtor's Motion to Dismiss Case and on the Debtor's Motion to Continue the hearing on those objections.  Debtor failed to appear. IT IS ORDERED that the Motion to Continue is DENIED.  IT IS FURTHER ORDERED that the Debtor's Motion to Dismiss Case is GRANTED with the caveat that the Debtor is barred from re-filing another bankruptcy case for a period of one year from the date this Order.  A separate Order has entered denying the Debtor's Application to Waive the Filing Fee.

The Trustee shall serve a written copy of this Order on all interested parties who were not electronically notified.

ENTERED: January 17, 2019

                                   /s/ Laura K. Grandy
                        _____
                        UNITED STATES BANKRUPTCY JUDGE