# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Larry Francis Uselton

Debtor(s)

In Proceedings
Under Chapter 7

BK 18−40702−lkg

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−0708

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST OF CASE DISMISSAL

Notice is given that: pursuant to an Order entered on 1/17/19 the above referenced bankruptcy case has been dismissed due to the voluntary dismissal of the case and the case will be closed without further notice. Any questions concerning this matter should be directed to the following:

Debtor(s) Attorney:   Larry Francis Uselton
245 W Meadowbrook Drive
Shawneetown, IL 62984

Dismissal of this case does not relieve the debtor of his/her responsibility to pay the filing fee in full.

DATED: January 17, 2019

**Donna N Beyersdorfer**
CLERK OF THE BANKRUPTCY COURT